1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT EARNEST GOLDSBERRY,              No.  2:13-cv-1358 AC P

12                   Petitioner,

13           v.                                ORDER

14    DAVID LONG, Warden,

15                   Respondent.

16

17          Petitioner has requested the appointment of counsel.  There currently exists no absolute

18    right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

19    (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

20    of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

21    In the present case, the court does not find that the interests of justice would be served by the

22    appointment of counsel at the present time.

23          Accordingly, IT IS HEREBY ORDERED that petitioner's September 19, 2013 request for

24    appointment of counsel (ECF No. 12) is denied without prejudice to a renewal of the motion at a

25    ////

26    ////

27    ////

28    ////

                                                    1

1   later stage of the proceedings.

2   DATED: October 1, 2013

3

4   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9   AC:ts/md; gold1358.110

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2